IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH LOUIS DEMORUELLE, ) | CIV 15-00246 LEK-KSC |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| DEPARTMENT OF VETERAN ) | |
| AFFAIRS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

The Findings and Recommendation and Amended Findings And Recommendation having been filed and served on all parties on January 29, 2016, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Deny Plaintiff's 1) Motion For Interim Payment Of Costs And 2) Interim Bill Of Costs" filed January 29, 2016 (ECF NO. [58]) and the "Amended Findings And Recommendation To Deny Plaintiff's 1) Motion For Interim Payment of Costs And 2) Interim Bill Of Costs" filed January 29, 2016 (ECF NO. [59]) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, February 17, 2016.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JOSEPH LOUIS DEMORUELLE VS. DEPARTMENT OF VETERAN AFFAIRS; CIVIL 15-00246 LEK-KSC; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**